

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2019

No. 04-19-00595-CV

Rudolph **RESENDEZ**, Jr.,
Appellant

v.

**STATE OF TEXAS**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Appellant's motion requesting a copy of the sealed supplemental clerk's record is granted. We ORDER the clerk of this court to mail a copy of the sealed supplemental clerk's record to appellant.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court